# 106

Georgia Public Service Commission *v.* Washburn Bonded
Warehouse Company.

Atkinson, J. On its facts and the law applicable thereto, this case is
controlled by the decision in *Georgia Public Service Commission* v. *Tay-
lor*, ante.

*Judgment affirmed. All the Justices concur, except Russell, C. J., and
Gilbert, J., who dissent, and Beck, P. J., absent for providential cause.*

No. 7719. February 11, 1931. Rehearing denied February 28, 1931.

*S. J. Smith Jr.,* for plaintiff in error.
*E. W. Maynard* and *E. F. Taylor,* contra.